UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **MILESTONE IP LLC,**<br><br>Plaintiff<br><br>v.<br><br>**BMO HARRIS NATIONAL ASSOCIATION,**<br><br>Defendant | Case No. 6:20-cv-0884-ADA |

### ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Milestone IP LLC ("Milestone IP") and Defendant BMO Harris National Association ("BMO Harris") have announced to the Court that they have resolved their differences and have therefore requested the dismissal of this action with prejudice. The Court, having considered this request, is of the opinion that their request for dismissal should be GRANTED.

IT IS THEREFORE ORDERED that the above-entitled cause and all claims by Milestone IP against BMO Harris and all claims by BMO Harris against Milestone IP herein are dismissed with prejudice to the re-filing of same.

IT IS FURTHER ORDERED that all attorneys' fees, costs of court, and expenses shall be borne by each party incurring the same.

This is a final judgment.

SIGNED this 24th day of May, 2021.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE